BRIAN STRETCH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8955
Facsimile: (415) 744-0134
E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WALL, | ) No. 3:16-cv-01374-SK |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **EXTEND BRIEFING SCHEDULE** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Plaintiff filed his dispositive motion on August 23, 2016 after one extension. The Court previously granted Defendant's request for an extension to October 20, 2016 to file her responsive brief (Dkt. 17). Defendant respectfully requests that the Court extend the briefing schedule to allow Defendant an additional thirty (30) days, or until November 21, 2016 to file her responsive brief. Defendant requires additional time in order to explore the possibility of settlement with supervisory attorneys and the Appeals Council.

Plaintiff stipulates to Defendant's request. The parties further stipulate that the Court's Procedural Order for Social Security Actions (Dkt. 4) shall be modified accordingly.

DATE: October 19, 2016         BRIAN STRETCH
                               United States Attorney

                      By:      /s/ *Ellinor R. Coder*
                               ELLINOR R. CODER
                               Special Assistant United States Attorney
                               Attorney for Defendant


DATE: October 19, 2016         By: /s/ *Kyle Kitson**
                               Attorney for Plaintiff
                               *As authorized via e-mail October 19, 2016


### ORDER

Pursuant to the Stipulation, IT IS SO ORDERED.

DATE: October 20, 2016         By: _____
                               Hon. Sallie Kim, U.S. Magistrate Judge